## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINA WELSH,** | : | **CIVIL ACTION NO. 3:17-CV-982** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **NANCY A. BERRYHILL,**[1] | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 17th day of September, 2018, upon consideration of the report

(Doc. 18) of Magistrate Judge Karoline Mehalchick, recommending the court deny

the appeal of Christina Welsh ("Welsh") from the decision of the administrative law

judge denying her application for a period of disability and disability insurance

benefits, and the court noting that Welsh filed objections (Doc. 19) to the report, <u>see</u>

FED. R. CIV. P. 72(b), and the Commissioner of Social Security ("Commissioner")

filed a response (Doc. 20) thereto, and following *de novo* review of the contested

portions of the report, <u>see</u> <u>Behar v. Pa. Dep't of Transp.</u>, 791 F. Supp. 2d 383, 389

(M.D. Pa. 2011) (citing <u>Sample v. Diecks</u>, 885 F.2d 1099, 1106 n.3 (3d Cir. 1989);

28 U.S.C. § 636(b)(1)(C)), and applying a clear error standard of review to the

uncontested portions, <u>see</u> <u>Cruz v. Chater</u>, 990 F. Supp. 375, 376-78 (M.D. Pa. 1999),

the court being in agreement with Judge Mehalchick that the administrative law

---

[1] Due to the Federal Vacancies Reform Act, 5 U.S.C. § 3345 *et seq.*, former acting Commissioner of Social Security Nancy A. Berryhill is currently presiding as the Deputy Commissioner for Operations of the Social Security Administration. For consistency purposes, however, we continue to refer to Ms. Berryhill as "the Commissioner."

judge's decision "is supported by substantial evidence," 42 U.S.C. § 405(g); Fargnoli

v. Massanari, 247 F.3d 34, 38 (3d Cir. 2001), and finding Judge Mehalchick's analysis

to be thorough, well-reasoned, and fully supported by the record, and further finding

Welsh's objections to be without merit and squarely addressed by the report, it is

hereby ORDERED that:

1.    The report (Doc. 18) of Magistrate Judge Mehalchick is ADOPTED.

2.    The Commissioner's decision denying Welsh's application for a period of disability and disability insurance benefits is AFFIRMED.

3.    The Clerk of Court shall enter judgment in favor of the Commissioner and against Welsh as set forth in paragraph 2.

4.    The Clerk of Court is directed to CLOSE this case.


                                    /S/ CHRISTOPHER C. CONNER
                                    Christopher C. Conner, Chief Judge
                                    United States District Court
                                    Middle District of Pennsylvania